**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Quincy Steele and Jimmy Arriola, individually and on behalf of all others similarly situated, | Case No. 1:19-cv-09227-LLS |
| Plaintiffs, -against- | **NOTICE OF MOTION TO DISMISS COMPLAINT** |
| Wegmans Food Markets, Inc., | |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, Defendant Wegmans Food Markets, Inc., moves, before the Honorable Louis L. Stanton, United States District Court Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, Courtroom 21C, for an order dismissing the Complaint of Plaintiffs Quincy Steele and Jimmy Arriola (Dkt. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that the Complaint fails to state a claim upon which relief can be granted.

Dated: February 24, 2020

Respectfully submitted,

*/s/ August T. Horvath*
August T. Horvath (AH 8776)
*ahorvath@foleyhoag.com*
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th floor
New York, NY 10019
Tel:  (646) 927-5500
Fax (646) 927-5599
*Attorneys for Defendant Wegmans Food Markets, Inc.*

B5064701.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 24th day of February 2020, a true and

correct copy of the foregoing document has been served on counsel of record who are deemed to

have consented to electronic service via the Court's ECF system.


/s/ *August T. Horvath*
August T. Horvath