**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
QUINCY STEELE and JIMMY ARRIOLA, on
behalf of themselves and all others
others similarly situated,

                Plaintiffs,

        -against-                                   19 **CIVIL** 9227 (LLS)

                                                        **JUDGMENT**

WEGMANS FOOD MARKETS, INC.

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 14, 2020, the Amended Complaint does not states a claim of misrepresentation regarding the flavoring of Wegman's Vanilla Ice Cream and is dismissed.

**Dated:**  New York, New York
          September 15, 2020

                                                               **RUBY J. KRAJICK**
                                                           _____
                                                                    Clerk of Court
                                      **BY:**
                                                                      Deputy Clerk